IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIE CLARNECE POOLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. CV421-202 |
| MS. FLETCHER and MR. BETTERSON, Deputy Warden of Care and Treatment, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's July 14, 2021, Report and Recommendation (Doc. 3), to which Plaintiff has not filed objections. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED** and the complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 26th day of August 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA